**IT IS ORDERED as set forth below:**



**Date: April 12, 2019**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| CHARLES MCALEER WILDES, JR., | ) | CASE NO. 16-71229-PMB |
| | ) | |
| DEBTOR. | ) | |

## ORDER DENYING MOTION TO DISMISS

On November 5, 2018, the Chapter 13 Trustee filed a Motion to Dismiss (Doc. No. 40), which came on for hearing April 11, 2019 upon notice to Debtor and Debtor's attorney. At the call of the Court's calendar, the agreement to a payment arrangement with strict compliance was announced. Accordingly, it is hereby

**ORDERED** that, commencing with the next plan payment due following the entry date of this order and continuing with strict compliance on each plan payment due date thereafter, for twelve months, the Debtor shall timely remit the regular Chapter 13 payments (as set forth in the confirmed plan) to the Chapter 13 Trustee. It is further

**ORDERED** that, should Debtor fail to make timely any plan payment that is

subject to strict compliance, the Trustee may submit a Supplemental Report recommending dismissal, and, upon receipt of such a report, the Clerk of Court is hereby authorized and directed to enter an Order of Dismissal without additional notice or hearing.

The Clerk, U.S. Bankruptcy Court, is directed to serve a copy of this order upon Debtor, Debtor's attorney, and the Chapter 13 Trustee.

**END OF DOCUMENT**

Prepared and Presented by:

_____/s/_____
Jason L. Rogers,
Attorney for the Chapter 13 Trustee
GA Bar No.: 142575
260 Peachtree Street
Suite 200
Atlanta, GA  30303
(678) 510-1444